| DATE | 7/5/2017 | CASE NUMBER | 6:17cr40-1 |
|---|---|---|---|
| LOCATION | Tyler Division (Hrg in Bmt) | | |
| JUDGE | Ron Clark | USA | Nathaniel Kummerfeld  Assigned |
| DEPUTY CLERK | Faith Ann Laurents | VS | Frank Coan  Appeared |
| RPTR/ECRO | Ed Reed | | |
| USPO | Carl Tucker | | Theodore Robert Wright, III |
| INTERPRETER | | | Defendant |
| BEGIN | 3:10pm | | Gabriel Grasso and Carlo D'Angelo |
| | | | Attorney |

## HEARING ON MOTIONS

- [X] Motion hearing held.    [ ] Telephone Conference held.
- [ ] Motion hearing called.
- [ ] Competency Hearing
- [ ] Rule invoked

- [X] [X] Govt [ ] Dft evidence presented
- [X] Exhibit/Witness List

- [ ] Dft _____ Motion to Suppress
- [ ] Oral order  [ ] granted  [ ] denied  [ ] granted in part  [ ] ADV

- [ ] Dft _____ (Doc. # _____ )
- [ ] Order  [ ] granted  [ ] denied  [ ] moot  [ ] GIDI  [ ] ADV

- [ ] Dft Motion _____
- [ ] Oral Order  [ ] granted  [ ] denied  [ ] moot  [ ] GIDI  [ ] ADV

- [X] Govt Motion to Revoke (#10)
- [X] Order  [X] granted **(written order to be filed)**

- [X] Govt Motion to Stay (#'s 7 & 9)
- [X] Oral Order  [ ] granted  [ ] denied  [X] moot  [ ] GIDI  [ ] U/A

- [ ] Oral Motion - Dft _____
  [ ] granted  [ ] denied

- [ ] Oral Motion - Govt _____
  [ ] granted  [ ] denied

- [ ] Bond  [ ] continued  $_____ or  [ ] revoked
- [ ] Dft bond  [ ] set or  [ ] reset to $_____  [ ] cash  [ ] surety  [ ] 10%  [ ] PR  [ ] unsecured
- [X] Dft REMANDED to custody of USM
- [X] Minutes filed.

3 hrs 10 mins    Total Time in Court

**CRIM 92-116**  ✔  See reverse/attached for additional proceedings    6:20pm    Adjourn

| Time | Event |
|---|---|
| 3:10pm | Motion Hearing began. Counsel made announcements.<br>Mr. Grasso requested indictment be unsealed.<br>Mr. Coan responded.<br>Court stated indictment will remain sealed.<br><br>Court and counsel discussed the counts, presumptions, and case law.<br>Court found presumption DOES apply. |
| 3:40pm | Witness, James Lee, sworn and direct by Mr. Coan.<br>Govt Exh #'s 1-6 admitted. |
| 4:15pm | Cross by Mr. Grasso. |
| 5:03pm | Witness stepped down.   Both sides rested. |
| 5:10pm | Court recessed. |
| 5:20pm | Court resumed.   Court heard closing arguments.<br>Court GRANTED Motion to Revoke and detained defendant.<br>Court ordered dft to self-surrender at the courtroom door. |
| 6:20pm | Court adjourned. |