UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(Tyler Division)

| UNITED STATES OF AMERICA, | § | Case No: 6:17CR40-01 |
|---|---|---|
| Plaintiff, | § | |
| v. | § | |
| | § | |
| THEODORE ROBERT WRIGHT, | § | |
| Defendant. | § | |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY given that the Defendant, THEODORE ROBERT WRIGHT, hereby gives Notice of Appeal to the United States Court of Appeals for the Fifth Circuit of the District Court's Order granting the government's Motion to Revoke Defendant's pretrial release (Doc. 10) and the remand of Defendant into custody (Order as to Defendant's Pretrial Detention is pending and will be made a part of the record in this matter upon its release by the District Court). Defendant brings this appeal pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3145(c). In accordance with Federal Rule of Appellate Procedure 9(a)(2), Defendant respectfully requests an expedited appeal of the District Court's Order of Detention.

                    Respectfully submitted,
                    Carlo D'Angelo, PC
                    Attorney at Law
                    100 East Ferguson, Suite 1210
                    Tyler, Texas 75702
                    903.595.6776
                    903.407.4119 Fax
                    carlo@dangelolegal.com

By:    /s/ Carlo D'Angelo
                    Carlo D'Angelo, Esquire
                    Texas Bar No. 2405266

GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Garbriel@Grassodefense.com

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, Esq.
Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal was delivered via ECF filing to Assistant United States Frank Coan on July 11, 2017.

/s/ Carlo D'Angelo
Carlo D'Angelo