# U.S. District Court
# District of South Carolina (Rock Hill)
# CRIMINAL DOCKET FOR CASE #: 0:17−cr−00678−PJG All Defendants
*Internal Use Only*

Case title: USA v. Fosdick  
Other court case number: 6:17−40 Eastern District of Texas

Date Filed: 07/19/2017  
Date Terminated: 07/19/2017

Assigned to: Magistrate Judge Paige J Gossett

### Defendant (1)

**Raymond Fosdick**  
*TERMINATED: 07/19/2017*

represented by **Daniel C Leonardi**  
Federal Public Defender's Office (Cola)  
1901 Assembly Street  
Suite 200  
Columbia, SC 29201  
803−765−5076  
Fax: 803−765−5084  
Email: dan_leonardi@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349 Conspiracy to Commit Wire Fraud | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **William Kenneth Witherspoon**<br>US Attorneys Office<br>1441 Main Street<br>Suite 500<br>Columbia, SC 29201<br>803–929–3000<br>Fax: 803–256–0233<br>Email: william.k.witherspoon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/19/2017 | 1 | | Arrest (Rule 40 – Eastern District of Texas) of Raymond Fosdick (jpet, ) (Entered: 07/19/2017) |
| 07/19/2017 | 2 | | Rule 5c3 Documents Received as to Raymond Fosdick (jpet, ) (Entered: 07/19/2017) |
| 07/19/2017 | 3 | | NOTICE OF HEARING as to Raymond Fosdick Initial Appearance – Rule 40 set for 7/19/2017 02:30 PM in Columbia # 7, Matthew J. Perry Court House, 901 Richland St, Columbia before Magistrate Judge Paige J Gossett. (jpet, ) (Entered: 07/19/2017) |
| 07/19/2017 | 4 | 3 | **Minute Entry for proceedings held before Magistrate Judge Paige J Gossett: Initial Appearance in Rule 5(c)(3) Proceedings as to Raymond Fosdick held on 7/19/2017. Government moves to unseal case as to Defendant Fosdick only – granted. Financial affidavit taken, AFPD Daniel Leonardi appointed. Court reviews charges. Defendant waives an identity hearing and a detention hearing, requesting a detention hearing be held in the prosecuting district. Defendant remanded to the US Marshal Service for transport to the Eastern District of Texas. Court Reporter Courtsmart. (jpet, )** (Entered: 07/19/2017) |
| 07/19/2017 | 5 | 4 | CJA 23 Financial Affidavit (Restricted Access) by Raymond Fosdick (jpet, ) (Entered: 07/19/2017) |
| 07/19/2017 | 6 | 5 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Raymond Fosdick. Signed by Magistrate Judge Paige J Gossett on 7/19/2017.(jpet, )** (Entered: 07/19/2017) |
| 07/19/2017 | 7 | 6 | WAIVER of Rule 5c3 Hearing by Raymond Fosdick (jpet, ) (Entered: 07/19/2017) |
| 07/19/2017 | 8 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Raymond Fosdick. Defendant committed to District of Eastern District of Texas. Signed by Magistrate Judge Paige J Gossett on 7/19/2017.(jpet, )** (Entered: 07/19/2017) |
| 07/19/2017 | 9 | | (Court only) ***Case Terminated as to Raymond Fosdick. Documents sent via e−mail to the Eastern District of Texas. (jpet, ) (Entered: 07/19/2017) |

```
MIME-Version:1.0
From:SCDEfilingstat@scd.uscourts.gov
To:scd_ecf_nef@localhost.localdomain
Bcc:
--Case Participants: Daniel C Leonardi (carley_p_kersey@fd.org, dan_leonardi@fd.org,
kim_edmonds@fd.org, kris_jumper@fd.org, kristin_burt@fd.org), William Kenneth Witherspoon
(caseview.ecf@usdoj.gov, tonia.mcconnell@usdoj.gov, usa-sc-ecf-docket-j@usdoj.gov,
usa-sc-ecf-flu@usdoj.gov, usa-sc-ecf-vw-col@usdoj.gov, william.k.witherspoon@usdoj.gov),
Magistrate Judge Paige J Gossett (gossett_ecf@scd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7952903@scd.uscourts.gov
Subject:Activity in Case 0:17-cr-00678-PJG USA v. Fosdick Initial Appearance - Rule
5(c)(3)
```

Content−Type: text/html

# U.S. District Court

### District of South Carolina

### Notice of Electronic Filing

The following transaction was entered on 7/19/2017 at 4:06 PM EDT and filed on 7/19/2017

**Case Name:**      USA v. Fosdick

**Case Number:**    0:17−cr−00678−PJG

**Filer:**

**Document Number:** 4(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Paige J Gossett: Initial Appearance in Rule 5(c)(3) Proceedings as to Raymond Fosdick held on 7/19/2017. Financial affidavit taken, AFPD Daniel Leonardi appointed. Court reviews charges. Defendant waives an identity hearing and a detention hearing, requesting a detention hearing be held in the prosecuting district. Defendant remanded to the US Marshal Service for transport to the Eastern District of Texas. Court Reporter Courtsmart. (jpet, )**


**0:17−cr−00678−PJG−1 Notice has been electronically mailed to:**

William Kenneth Witherspoon     william.k.witherspoon@usdoj.gov, CaseView.ECF@usdoj.gov, USA−SC−ECF−Docket−J@usdoj.gov, USA−SC−ECF−FLU@usdoj.gov, USA−SC−ECF−VW−COL@usdoj.gov, tonia.mcconnell@usdoj.gov

Daniel C Leonardi     dan_leonardi@fd.org, Kim_Edmonds@fd.org, Kris_Jumper@fd.org, Kristin_Burt@fd.org, carley_p_kersey@fd.org

**0:17−cr−00678−PJG−1 Notice will not be electronically mailed to:**

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF _____ v. _____ FOR _____ AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name)
Raymond Fosdick

DOCKET NUMBERS
Magistrate Judge: _____
District Court: _____
Court of Appeals: _____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 2/2015
How much did you earn per month? $ 800.00
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, give value and description for each  VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ___ Single, ___ Married, ___ Widowed, ☒ Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION: no monthly monetary obligations
TOTAL DEBT: $ _____
MONTHLY PAYMENT: $ _____

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 7/19/17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

United States of America

vs.

RAYMOND FOSDICK                           Case No. 0:17-678

    Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder by the Judicial Council of the Fourth Circuit,

    IT IS ORDERED that the Federal Public Defender is appointed to represent the above-named individual.

PAIGE J. GOSSETT
United States Magistrate Judge

Columbia, South Carolina
Date: July 19, 2017

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

District of SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  DSC 0:17-678 |
| | ) | |
| RAYMOND FOSDICK | ) | Charging District's Case No. |
| | ) | 6:17-CR-40 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   EASTERN DISTRICT OF TEXAS

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.  N/A

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

☑ the proceedings as marked above but request that a ___detention___ hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   Jul 19, 2017

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   DSC 0:17-678 |
| | ) | |
| RAYMOND FOSDICK | ) | Charging District's |
| *Defendant* | ) | Case No.   6:17-40 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   EASTERN   District of   TEXAS   ,

*(if applicable)*   TYLER   division. The defendant may need an interpreter for this language:

.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   07/19/2017

*Judge's signature*

PAIGE J. GOSSETT, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*