IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17CR40 |
| | § | JUDGE CLARK |
| THEODORE ROBERT WRIGHT, III (01) | § | |
| SHANE GORDON (02) | § | |
| RAYMOND FOSDICK (03) | § | |
| EDWARD DELIMA (04) | § | |

**ORDER ON MOTION OF THE UNITED STATES**
**TO UNSEAL INDICTMENT**

On this day came on for consideration the Motion of the United States to Unseal Indictment, and it appearing to the Court that the same should be granted,

IT IS ORDERED that the indictment in this cause and the Motion of the United States to Unseal Indictment, be, and they are hereby, ordered unsealed.

So ORDERED and SIGNED this 25th day of July, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE