UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 26, 2017

Clerk, United States District Court
U.S. District Court for the Eastern District of Texas
William M. Steger Federal Building and United States Courthouse
211 West Ferguson Street, Room 106
Tyler, TX 75702

    RE: RULE 5 TRANSFER
    USDC HI Magistrate No. 1:17-MJ-0829-KJM
    Your Case No. 6:17-CR-00040-4 RC-KNM
    USA vs. Edward Delima

Dear Clerk,

    Please be advised that Rule 5 Proceedings were conducted in the District of Hawaii. The following documents are transmitted to your district: 1) Agent's Affidavit; 2) Motion to Detain; 3) Initial Appearance Minutes; 4) CJA 23 Financial Affidavit; 5) Waiver of Rule 5 Hearing; 6) Order Requiring Defendant to Appear in District Where Charges are Pending and Transferring Bail; 7) Abstract of Release; 8) Order Setting Conditions of Release; 9) Appearance Bond and 10) Docket Sheet.
    This case is available electronically. CM/ECF may be accessed through the court's website: http://www.hid.uscourts.gov.

    Please acknowledge receipt and return this letter.

    Very truly yours,

    SUE BEITIA, CLERK

    By: /s/ Sue Beitia by EA, Deputy Clerk

encl.

---

To the Clerk's Office:

Receipt is acknowledged by:_____Deputy Clerk, U.S. District Court

Date:_____

## U.S. District Court
## District of Hawaii (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:17-mj-00829-KJM-1

Case title: USA v. Delima                          Date Filed: 07/24/2017

Assigned to: Magistrate Judge
KENNETH J. MANSFIELD

**Defendant (1)**

| | |
|---|---|
| **Edward Delima** | represented by **Alexander Silvert**<br>Office of the Federal Public Defender<br>PJKK Federal Building<br>300 Ala Moana Blvd Rm 7-104<br>Honolulu, HI 96850<br>541-2521<br>Fax: 541-3545<br>Email: alexander_silvert@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**                                 **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

18:1349.F -- ATTEMPT AND
CONSPIRACY TO COMMIT MAIL
FRAUD ( Rule 5, Eastern District of
Texas, 6:17-CR-40-4)

**Plaintiff**

USA                      represented by    **Sara D. Ayabe**
Office of the United States Attorney-Honolulu
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
(808) 541-2850
Fax: (808) 541-2958
Email: sara.ayabe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2017 | 1 | EO: as to Edward Delima - Initial Appearance - Rule 40 is set for 07/24/2017 at 2:30 p.m. in Courtroom 6 before Magistrate Judge KENNETH J. MANSFIELD. (Magistrate Judge KENNETH J. MANSFIELD)(bbb) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 07/24/2017) |
| 07/24/2017 | 2 | EO: as to Edward Delima - Initial Appearance - Rule 40 previously set for 2:30 p.m. IS CONTINUED TO 3:00 p.m. on the same date of 07/24/2017 in Courtroom 6 before Magistrate Judge KENNETH J. MANSFIELD. Parties have been notified. (Magistrate Judge KENNETH J. MANSFIELD)(bbb) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 07/24/2017) |
| 07/24/2017 | 3 | AGENT'S AFFIDAVIT as to Edward Delima (1) - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 7/24/2017. <br> (Attachments: # 1 Arrest Warrant executed) <br> (emt, ) (Entered: 07/24/2017) |
| 07/24/2017 | 4 | MOTION to Detain Defendant Without Bail - by USA as to Edward Delima. (emt, ) (Entered: 07/24/2017) |
| 07/24/2017 | 5 | EP : Initial Appearance in Rule 5 Proceedings as to Edward Delima held on 7/24/2017. <br> Defendant is present and in custody. <br> Defendant sworn to the financial affidavit and request for court appointed attorney is granted. <br> Alexander Silvert and the Office of the Federal Public Defender are appointed as counsel for defendant. <br> Defendant waives the Identity Hearing. <br> Order Requiring a Defendant to Appear in the District Where Charges are |

|  |  | Pending and Transferring Bail signed and filed.<br>Government and the Defendant having no objection to the Pretrial Recommendations.<br>Court adopts the recommendation.<br><u>4</u> Government's Motion to Detain Defendant - DENIED.<br>Bond set as to Edward Delima (1) $25,000.00 UNSECURED.<br>(7g3) Do not apply for/obtain a passport. Execute an affidavit or declaration which attests that you do not have access to, or are in possession of any passport. Submit to the U.S. District Court Clerk's Office by: <u>July 28, 2017.</u><br><u>Appear for court in the Eastern District of Texas (ED/TX) in Tyler, Texas on Wednesday, August 2, 2017, at 2:00 p.m., before U.S. Magistrate Judge John D. Love.</u><br>Abstract of Release filed.<br>Defendant remanded to the custody of the U.S. Marshal Service for processing.<br><sub>Initial Appearance in Rule 5(c)(3) Proceedings as to Edward Delima held on 7/24/2017;</sub><br><sub>Appearance entered by Alexander Silvert for Edward Delima on behalf of defendant ; Added attorney Alexander Silvert for Edward Delima. ;</sub><br><sub>denying 4 Motion to Detain as to Edward Delima (1);</sub><br><sub>Motion terminated as to Edward Delima: 4 MOTION to Detain filed by USA.; Bond set as to Edward Delima (1) $25,000.00 UNSECURED; ***Location start as to Edward Delima</sub><br>(FTR-Ctrm 6/3:07-3:15 PM.)<br>(MAGISTRATE JUDGE KENNETH J. MANSFIELD)<br>(emt, )<sub>No COS issued for this docket entry</sub> (Entered: 07/25/2017) |
|---|---|---|
| 07/24/2017 | 6 | CJA 23 Financial Affidavit - by Edward Delima.<br>(emt, ) (Entered: 07/25/2017) |
| 07/24/2017 | 7 | WAIVER of Rule 5 & 5.1 Hearings - by Edward Delima.<br>(emt, ) (Entered: 07/25/2017) |
| 07/24/2017 | 8 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Edward Delima - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 7/24/2017.<br>Defendant shall appear on 8/2/2017 at 2:00 pm before Magistrate Judge John D. Love, in the U.S. District Court for the Eastern District of Texas, re 6:17-CR-40.<br>(emt, )<br><sub>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry</sub> (Entered: 07/25/2017) |
| 07/24/2017 | 9 | Abstract of Release as to Edward Delima.<br>(emt, ) (Entered: 07/25/2017) |
| 07/25/2017 | 10 | ORDER SETTING CONDITIONS OF RELEASE as to Edward Delima - signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 7/24/2017.<br>(emt, ) (Entered: 07/25/2017) |
| 07/25/2017 | 11 | APPEARANCE BOND as to Edward Delima - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 7/24/2017.<br>(emt, ) (Entered: 07/25/2017) |
| 07/26/2017 | 12 | Letter from the Clerk's Office to the U.S. District Court for the Eastern District of Texas re transmittal of Rule 5 documents as to Edward Delima, dated July 26, |

Case 1:16-cr-00040-ER Document 45 Filed 07/26/17 Page 5 of 18 PageID #: 375

| | | |
|---|---|---|
| | | 2017.<br>(emt, ) (Entered: 07/26/2017) |

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2017

at /0 o'clock and 28 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 17-0829 KJM |
| | ) | |
| | ) | CASE NO. 6:17CR40 |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT |
| vs. | ) | |
| | ) | |
| EDWARD DELIMA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGENT'S AFFIDAVIT

Before the Honorable Kenneth J. Mansfield, U.S. Magistrate Judge, District of Hawaii, Honolulu, Hawaii.

The undersigned deponent being first duly sworn deposes and says:

That deponent is a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); that deponent is informed and believes and, on the basis of such information and belief, alleges that on May 17, 2017, an Indictment was filed in the Eastern District of Texas, and an arrest warrant issued the following day, charging the above-named defendant, Edward DELIMA, with violating Title 18, United States Code, Sections 1349 in that Edward DELIMA conspired to commit wire fraud.

On July 24, 2017 at approximately 06:30 hours, Special Agent Villagomez confirmed Defendant Edward DELIMA's identity by asking the defendant upon seeing him, "EDWARD?" DELIMA responded with "Yes." DELIMA also produced his Hawaii driver's license, which bared the name "Edward DELIMA." A photo taken during DELIMA's arrest was sent by Agent Villagomez to the case agent in the ATF Tyler Field Office. The case agent confirmed that the person depicted in the photo was DELIMA.

_____
JOSEPH L. VILLAGOMEZ
Special Agent

Sworn to before me and subscribed
in my presence this 24ʰ day of
July, 2017.

_____
KENNETH J. MANSFIELD
United States Magistrate Judge

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2017

at /0 o'clock and 28 min A M
SUE BEITIA, CLERK

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: sara.ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 17-0829 KJM |
|---|---|---|
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT WITHOUT BAIL |
| vs. | ) | |
| EDWARD DELIMA, | ) | |
| Defendant. | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>. This defendant is eligible for detention because the case involves (check all that apply):

    \_\_\_\_ a. Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    \_\_\_\_ b. Offense committed on release pending imposition, execution, or

           appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

\_\_\_\_    c.   Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

\_\_\_\_    d.   A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

\_\_\_\_    e.   Crime of violence (3142(f)(1)(A))

\_\_\_\_    f.   Maximum sentence life imprisonment or death (3142(f)(1)(B))

\_\_\_\_    g.   10+ year drug offense (3142(f)(1)(C))

\_\_\_\_    h.   Felony, with two prior convictions in above categories (3142(f)(1)(D))

\_\_\_\_    i.   Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E))

\_\_\_\_    j.   Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E))

\_\_\_\_    k.   Felony not otherwise a crime of violence involving a failure to register under 18 U.S.C. § 2250 (3142(f)(1)(E))

\_\_X\_\_    l.   Serious risk defendant will flee (3142(f)(2)(A))

\_\_\_\_    m.   Danger to other person or community

        \_\_\_\_    n.  Serious risk obstruction of justice (3142(f)(2)(B))

        \_\_\_\_    o.  Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "l" or "m" additionally

2. <u>Reason for Detention</u>.  The court should detain defendant (check all that apply):

        __X__    a.  Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

        \_\_\_\_    b.  Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

        \_\_\_\_    c.  Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>.  A rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of the community arises under Section 3142(e) because (check all that apply):

        \_\_\_\_    a.  Probable cause to believe defendant committed 10+ year drug offense

        \_\_\_\_    b.  Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

3

    \_\_\_\_ c. Probable cause to believe defendant committed an offense under 18 U.S.C. § 956(a) or 2332b

    \_\_\_\_ d. Probable cause to believe defendant committed 10+ year offense listed in 18 U.S.C. § 2332b(g)(5)(B)

    \_\_\_\_ e. Probable cause to believe defendant committed an offense involving a minor victim listed in 18 U.S.C. § 3142(e)

    \_\_\_\_ f. Previous conviction for eligible offense committed while on pretrial release

4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

    \_\_\_\_ a. At first appearance

     X  b. After continuance of  1  days (not more than 3)

5. <u>Out of District Rule 5 Cases</u>. The United States requests that the detention hearing be held:

     X  a. In the District of Hawaii

    \_\_\_\_ b. In the District where charges were filed

//

//

//

//

//

4

6. <u>Other Matters</u>.

DATED: July 24, 2017, at Honolulu, Hawaii.

                                       ELLIOT ENOKI
                                       Acting United States Attorney
                                       District of Hawaii

By _/s/ Sara D. Ayabe_____
    SARA D. AYABE
    Assistant U.S. Attorney

5

# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-MJ-00829-KJM-1 |
| CASE NAME: | United States of America v. Edward Delima |
| ATTYS FOR PLA: | Sara D. Ayabe |
| ATTYS FOR DEFT: | Alexander Silvert |
| US Pretrial Officer: | Anthony L. Barry |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 07/24/2017 | TIME: | 3:07 - 3:15 |

COURT ACTION:  EP:   INITIAL APPEARANCE (Rule 5)  hearing held.

Defendant is present and in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted. Alexander Silvert and the Office of the Federal Public Defender are appointed as counsel for defendant.

Defendant waives the Identity Hearing.

Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail signed and filed.

Government and the Defendant having no objection to the Pretrial Recommendations. Court adopts the recommendation. [4] Government's Motion to Detain Defendant - DENIED.

Bail set at $ 25,000.00 UNSECURED Bond with the following conditions:

(7b)  Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

(7c)  Maintain or actively seek employment, as directed by Pretrial Services.

(7g3)  Do not apply for/obtain a passport. Execute an affidavit or declaration which attests that you do not have access to, or are in possession of any passport. Submit to the U.S. District Court Clerk's Office by: **July 28, 2017**.

(7h3)  Travel is restricted to: **the island of Oahu and the Eastern District of Texas (ED/TX) for court purposes**.

(7i)  Do not change residence without the advance approval of Pretrial Services.

(7m1)  Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7p2)  Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the HOME DETENTION restriction which restricts you to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by Pretrial Services. **Home Detention will be suspended during the defendant's travel to and from the ED/TX**.

(7p5)  You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: PASSIVE GLOBAL POSITIONING SATELLITE (GPS) MONITORING.

(7s2)  You are prohibited from possessing or having access to any firearm, ammunition, destructive device or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7y)  You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8a)  You must comply with all applicable sex offender registration requirements.

(8n)  Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments. You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

(8o)   Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions. You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

(9a)   In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

**Other Conditions:**

- **Appear for court in the Eastern District of Texas (ED/TX) in Tyler, Texas on Wednesday, August 2, 2017, at 2:00 p.m., before U.S. Magistrate Judge John D. Love.**

- **Provide Pretrial Services with a copy of your flight arrangements and itinerary for verification purposes. Report to the U.S. Probation Office in the ED/TX as directed by Pretrial Services.**

In addition to the Special Condition of Release as specified above, defendant is subject to the following conditions:

- Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

- Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

- Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 1435a.

Abstract of Release filed.

Defendant remanded to the custody of the U.S. Marshal Service for processing.

*Submitted by: Bernie Aurio, Courtroom Manager*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 24 2017
at ___ o'clock and ___ min ___ M.

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. MAG. NO. 17-0829 KJM |
| EDWARD DELIMA ) | |
| ) | Charging District's Case No. 6:17CR40 |
| Defendant ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___Eastern District of Texas___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/24/17

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Alexander Silvert
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2017

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MAG. NO. 17-0829 |
| EDWARD DELIMA | ) | |
|  | ) | Charging District: Eastern District of Texas |
| Defendant | ) | Charging District's Case No. 6:17CR40 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States Courthouse<br>211 West Ferguson Street<br>Tyler, Texas 75702 | Courtroom No.: Magistrtate Judge John D. Love |
|---|---|
| | Date and Time: 8/2/2017 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: JUL 24 2017

_____
Judge's signature

Kenneth J. Mansfield, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA    )      CASE NUMBER MJ 17-00829 KJM
                            )
vs                          )      ABSTRACT OF RELEASE
                            )
Edward Delima               )      FILED IN THE
                            )      UNITED STATES DISTRICT COURT
                            )      DISTRICT OF HAWAII
                                   JUL 24 2017
                                   at 3 o'clock and 15 min. P M.
                                   SUE BEITIA, CLERK

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __07/24/2017__ the Court entered the following order:

✓  Defendant to be released from custody forthwith

____✓____  Released to / continued on pretrial release

_____  Sentenced to time served

_____  Case Dismissed

_____  Released to / continued on supervised probation / unsupervised probation

_____  Released to / continued on supervised release

_____  Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____  Bench warrant recalled

_____  Other: _____

Sue Beitia, Clerk of Court

by: B. Aukin    Deputy Clerk