PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: alexander_silvert@fd.org

Attorney for Defendant
EDWARD DELIMA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 17-0829 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CHANGE TIME OF APPEARANCE |
| vs. | ) | IN COURT IN THE EASTERN |
| | ) | DISTRICT OF TEXAS |
| EDWARD DELIMA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER TO CHANGE TIME OF APPEARANCE IN COURT IN THE EASTERN DISTRICT OF TEXAS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant Edward Delima appear for Court in the Eastern District of Texas in Tyler, Texas, on Wednesday, August 2, 2017, at *3:00 p.m. (instead of 2:00 p.m.),* before United States Magistrate Judge John D. Love.

Mr. Delima will arrive in Tyler, Texas, at 1:05 p.m., on August 2, 2017. Therefore, he will not have sufficient time to appear in Court at 2:00 p.m.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, July 31, 2017.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
EDWARD DELIMA

/s/ Sara D. Ayabe
SARA D. AYABE
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, August 1, 2017.




Kevin S.C. Chang
United States Magistrate Judge

*United States v. Edward Delima*
Mag. No. 17-0829 KJM
STIPULATION AND ORDER TO CHANGE TIME OF APPEARANCE IN COURT IN THE EASTERN DISTRICT OF TEXAS