IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:17CR40 |
| | § | JUDGE CLARK |
| THEODORE ROBERT WRIGHT, III (01) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Theodore Robert Wright, III**, and the government have entered into a plea agreement in relation to the charges now pending before this Court.

          Respectfully submitted,

          BRIT FEATHERSTON
          ACTING UNITED STATES ATTORNEY

          */s/ Nathaniel C. Kummerfeld*
          NATHANIEL C. KUMMERFELD
          Assistant United States Attorney
          Texas Bar No. 24060122
          110 N. College, Ste. 700
          Tyler, Texas 75702
          (903) 590-1400
          (903) 590-1439 (fax)
          Nathaniel.Kummerfeld@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on October 10, 2017.

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
