IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CRIM. ACTION NO. 6:17CR40** |
| **THEODORE ROBERT WRIGHT, III (1)** | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Seal Joint Motion for Release Based Upon Changed Circumstances (ECF 96). Having reviewed and considered the motion, it is

**ORDERED** that Defendant's Unopposed Motion to Seal Joint Motion for Release Based upon Changed Circumstances (ECF 96) is **GRANTED**. The Joint Motion for Release Based Upon Changed Circumstances (ECF 97) is **SEALED**.

So ORDERED and SIGNED this 12th day of October, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE