| | | | |
|---|---|---|---|
| DATE: | 10-24-2017 | **CASE NUMBER:** | **6:17cr40** |
| LOCATION: | Tyler | **USA** VS. **Theodore Robert Wright, III** | |
| JUDGE: | K. NICOLE MITCHELL | | |
| DEP. CLERK: | Lisa Hardwick | Frank Coan | Carlo D'Angelo and Gabriel Grasso |
| RPTR/ECRO: | Lisa Hardwick | | |
| USPO: | Nathan Manley | | |
| INTERPRETER: | ------------------------------ | | |
| TIME START: | 9:12 a.m. to 9:44 a.m. | | |
| TIME END: | 9:58 a.m. to 10:04 a.m. | | |

# HEARING ON [97] MOTION FOR RELEASE BASED ON CHANGED CIRCUMSTANCES
**(This Hearing was SEALED on request of counsel. Do not upload or release audio to the public without permission of the Court)**

| | | | |
|---|---|---|---|
| X | Case Called for Motion Hearing | X | Motion Hearing Held |
| X | Defendant remanded to the custody of the U.S. Marshals | | |

Hearing Notes: Case Called. Appearance made. The Court wanted to hear argument on why the defendant should be released due to changed circumstances. Before argument began, attorney Carlo D'Angelo made an oral motion to have the courtroom sealed. The Court granted the request.

Argument on the motion heard from Gabriel Grasso and Carlo D'Angelo. Argument heard from the AUSA Frank Coan regarding why the government has changed it's position on detention.

Court recessed for parties to look at the 3142 and 3143 statutes.
Court resumed.

The government's suggestion was to allow the parties to research and brief the issue by October 27th. The Court granted the request. The Court wanted the parties to address their analysis on the flight risk.

There being nothing further, court was adjourned. The defendant was remanded to the custody of the U.S. Marshals.

**(This Hearing was SEALED on request of counsel. Do not upload or release audio to the public without permission of the Court)**.